UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23463-Civ-COOKE/TORRES

CHIQUITA FRESH NORTH AMERICA,
LLC,

    Plaintiff,

vs.

WORLD BEST TROPICAL, LLC, MEHZA
FOOD INTERNATIONAL, LLC, SAM
MAHMOOD JAZAYRI, MARCOS E.
RODAS a/k/a MARCOS RODAS WOO,

    Defendants.

_____/

## DEFAULT JUDGMENT

THIS MATTER is before me upon Plaintiff Chiquita Fresh North America, LLC's Motion for Entry of Default Final Judgment (ECF No. 18). I have reviewed the record, and note the default entered by the Clerk of the Court (ECF No. 15) as to Defendant Marcos E. Rodas a/k/a Marcos Rodas Woo for failure to answer or otherwise respond to the Summons and Complaint. Additionally, I issued an Order to Show Cause (ECF No. 16) on October 23, 2014, giving the Defendant an opportunity to demonstrate to the Court why a default judgment should not be entered against him in this case. Defendant Marcos E. Rodas a/k/a Marcos Rodas Woo has failed to respond to the Order to Show Cause.

A "defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). Following the entry of a default judgment, damages may be awarded "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," so long as all essential evidence is a matter of record. *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

Upon motion of plaintiff Chiquita Fresh North America, LLC, the declaration of Plaintiff's counsel and the exhibits annexed thereto, and the supporting memorandum demonstrating that Defendant Marcos E. Rodas a/k/a Marcos Rodas Woo owes Plaintiff the

principal amount of $48,668.00 plus interest in the amount of $2,473.63 through October 30, 2014 and attorneys' fees in the amount of $4,989.00, for a total judgment of $56,130.63 under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a, *et seq.* ("PACA"). Defendant is not an infant, incompetent person, or in the military service of the United States; and there is no just reason for delay of entry of final judgment against Defendant.

Accordingly, it is hereby **ORDERED and ADJUDGED** that **JUDGMENT** is hereby entered, in favor of Plaintiff Chiquita Fresh North America, LLC and against Defendant Marcos E. Rodas a/k/a Marcos Rodas Woo in the principal amount of $48,668.00 plus interest in the amount of $2,473.63 through October 30, 2014 and attorneys' fees in the amount of $4,989.00, for a **total judgment of $56,130.63** under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(4), that shall bear interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure, for which let execution issue.

It is further **ORDERED and ADJUDGED** that the judgment entered in favor of Plaintiff and against Defendant Marcos E. Rodas a/k/a Marcos Rodas Woo is a final judgment, there being no just cause for delay in light of Plaintiff's statutory right to prompt payment under PACA, and Plaintiff may have immediate execution therefore.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of October 2014.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*