UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-23463-Civ-COOKE/TORRES

CHIQUITA FRESH NORTH AMERICA, LLC,

    Plaintiff,

vs.

WORLD BEST TROPICAL, LLC, MEHZA FOOD INTERNATIONAL, LLC, SAM MAHMOOD JAZAYRI, MARCOS E. RODAS a/k/a MARCOS RODAS WOO,

    Defendants.
_____/

## ORDER

THIS CASE is before me on the parties' Stipulation and Order (ECF No. 17). Having reviewed and considered the Stipulation and Order, and it appearing to the satisfaction of the Court that relief in accordance with the terms of the Stipulation and Order should be entered, it is hereby **ORDERED and ADJUDGED** that the Stipulation (ECF No. 17) is **APPROVED**.

It is further **ORDERED** that this case be *administratively* **CLOSED** pending Plaintiff's filing of a Stipulation to Dismiss with Prejudice in accordance with the Stipulation. Any party may move to reopen this matter to enforce the terms of the Stipulation and Order.

**DONE and ORDERED** in chambers at Miami, Florida, this 30th day of October 2014.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*